IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:21CR295 |
| vs. | ) | |
| JAMES FERMAN CHATMAN, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the government's Motion to Continue Trial [59]. The government indicates they are scheduled for trial in another matter on January 17, 2023 that is likely to proceed. The court is able to advance the matter a week. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [57] is granted, as follows:

1. The jury trial now set for January 17, 2023 is rescheduled to **January 9, 2023,** before Chief Judge Robert F. Rossiter, Jr., Courtroom No. 4, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska 68102.

**DATED:  November 7, 2022.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**