# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2145

United States of America

Appellee

v.

James Ferman Chatman

Appellant

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:21-cr-00295-RFR-1)

---

**MANDATE**

In accordance with the opinion and judgment of September 7, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 05, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit